[No. 34391-2-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY
EUGENE FROST, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01725-6, James H. Allendoerfer, J., entered March 30, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Becker, JJ.

[Nos. 34429-3-I; 34990-2-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
RICHARD SUTCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06752-2, George T. Mattson, J., entered April 12, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.

[No. 35130-3-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL
WILLIAM CONNELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00953-9-SEA, Frank L. Sullivan, J., entered August 18, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35577-5-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN R.
GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04148-3, Donald D. Haley, J., entered October 24, 1994. *Dismissed* by unpublished per curiam opinion.